UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY STRONGBEAR LAKOTA,<br>        Plaintiff,<br>   v.<br>T. ALLEN, et al.,<br>        Defendants. | Case No. 22-cv-04304-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was recently dismissed, and he was directed to file an amended complaint on or before March 2, 2023. Dkt. No. 6. That date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: June 27, 2023

_____
TRINA L. THOMPSON
United States District Judge